# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 5, 2010

No. 09-40650
Summary Calendar

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LUZ ESTELA SUESCA-APACHE, also known as Yolanda Rios, also known as
Blanca Martinez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:09-CR-14-1

Before JOLLY, WIENER, AND ELROD, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Luz Estela Suesca-
Apache has moved for leave to withdraw and has filed a brief in accordance with
*Anders v. California*, 386 U.S. 738 (1967).  Suesca-Apache has not filed a
response.  Our independent review of the record and counsel's brief discloses no
nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.